UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  vs.<br><br>ANDREW V. DAVIS,<br><br>   Defendant. | NO. CR-11-025-JLQ<br><br>**ORDER GRANTING MOTION TO EXPEDITE AND DISMISS AND ORDER DISMISSING INDICTMENT** |

    Upon motion by plaintiff, United States of America, for an expedited hearing and Order of Dismissal without Prejudice of the Indictment, in the above referenced matter, IT IS HEREBY ORDERED that the Motions at ECF No. 46 and 47 are **GRANTED** and the Indictment in this matter is dismissed without prejudice. The Defendant shall be forthwith released from custody resulting from the dismissed Indictment.

    **IT IS SO ORDERED**. The District Court Executive is directed to enter this order and to provide copies to counsel and the United States Marshal who is requested to forthwith take such steps as are required to release the Defendant from custody.

    **DATED** this 27th day of May, 2011.

              **s/ Justin L. Quackenbush**
              **JUSTIN L. QUACKENBUSH**
      **SENIOR UNITED STATES DISTRICT JUDGE**

ORDER - 1